Fill in this information to identify the case:

Debtor Name: Shiloh Staedler Churchill

United States Bankruptcy Court for the: District of Colorado

Case number: 22-14068 MER

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: January 2024

Date report filed: _____ MM / DD / YYYY

Line of business: N/A

NAISC code: N/A

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Shiloh Staedler Churchill

Original signature of responsible party: *Shiloh Churchill*

Printed name of responsible party: Shiloh Staedler Churchill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|----------|-----|-----|-----|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|----------|-----|-----|-----|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

Debtor Name  Shiloh Staedler Churchill                              Case number 22-14068 MER

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 710.54

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 3,171.10

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 3,232.05

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -60.95

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 649.59

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    *(Exhibit E)*

Debtor Name Shiloh Staedler Churchill  Case number 22-14068 MER

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 0
27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | | Column B<br>Actual<br>Copy lines 20-22 of this report. | | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 3,000.00 | – | $ 3,171.10 | = | $ 171.10 |
| 33. Cash disbursements | $ 2,700.00 | – | $ 3,232.05 | = | $ -532.05 |
| 34. Net cash flow | $ 300.00 | – | $ -60.95 | = | $ 360.95 |

35. Total projected cash receipts for the next month: $ 3,000.00
36. Total projected cash disbursements for the next month: - $ 2,700.00
37. Total projected net cash flow for the next month: = $ 300.00

Debtor Name  Shiloh Staedler Churchill                    Case number 22-14068 MER

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in progress reports.

## Total Cash Receipts

| Date: | Amount: | Payee: | Purpose: | Bank Description: |
|---|---|---|---|---|
| 01/11/2024 | $25.60 | Amazon | 10 Supplies/Fees | AMZN MKTP US SEATTLE WA |
| 01/03/2024 | $3,145.50 | Salary From ZevBit | 01 Personal Income | DIRECT DEPOSIT, PAYONEER 7362 EDI PAYMNT |

**Total additions**   $3,171.10

**Total Cash Disbursments**

| Date: | Amount: | Payee: | Purpose: | Bank Description: |
|---|---|---|---|---|
| 01/02/2024 | -$70.27 | Advance Auto Parts | 14 Car Repairs/Expenses | ADVANCE AUTO PARTS #77 BROOMFIELD CO |
| 01/02/2024 | -$9.55 | Chipotle | 07 Meals/Beverages | CHIPOTLE 0894 BOULDER CO |
| 01/02/2024 | -$63.59 | Costco | 07 Meals/Beverages | POS MAC COSTCO WHSE #0 SUPERIOR CO |
| 01/02/2024 | -$11.98 | Dominos | 07 Meals/Beverages | DOMINO'S 6247 BOULDER CO |
| 01/02/2024 | -$3.26 | Dominos | 07 Meals/Beverages | DOMINO'S 6247 BOULDER CO |
| 01/02/2024 | -$12.56 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOP 6550 BOULDER CO |
| 01/02/2024 | -$6.73 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOPERS # LOUISVILLE CO |
| 01/02/2024 | -$19.53 | Mod Pizza | 07 Meals/Beverages | MOD WESTMINSTER B&M WESTMINSTER CO |
| 01/02/2024 | -$3.04 | Rocket | 07 Meals/Beverages | POS MAC ROCKET 6529 SUPERIOR CO |
| 01/02/2024 | -$33.86 | Sanchos Authentic | 07 Meals/Beverages | POS MAC SANCHOS AUTHEN BOULDER CO |
| 01/02/2024 | -$7.05 | SEI | 07 Meals/Beverages | POS MAC SEI 32673 LAFAYETTE CO |
| 01/02/2024 | -$4.82 | Target | 05 Clothing/Personal Hygiene | POS MAC TARGET T-1928 WESTMINSTE CO |
| 01/03/2024 | -$97.00 | Go High Level | 04 ZevBit Expense (To be paid back | HIGHLEVEL * TRIAL OVER DALLAS TX |
| 01/03/2024 | -$12.56 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOP 6550 BOULDER CO |
| 01/03/2024 | -$19.71 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOPERS # BOULDER CO |
| 01/03/2024 | -$46.28 | Peleton | 09 Health | PELOTON* MEMBERSHIP NEW YORK CITY NY |
| 01/04/2024 | -$25.88 | Amazon | 10 Supplies/Fees | AMZN MKTP US*TK3AO84Q2 SEATTLE WA |
| 01/04/2024 | -$26.45 | Amazon | 10 Supplies/Fees | AMZN MKTP US*TK49Y8L62 AMZN.COM/BILL WA |
| 01/04/2024 | -$16.60 | Safeway | 07 Meals/Beverages | POS MAC SAFEWAY #1615 BOULDER CO |
| 01/04/2024 | -$16.93 | Sanchos Authentic | 07 Meals/Beverages | POS MAC SANCHOS AUTHEN BOULDER CO |
| 01/04/2024 | -$14.15 | Shell | 07 Meals/Beverages | POS MAC SHELL SERVICE BOULDER CO |
| 01/04/2024 | -$28.80 | Wix | 10 Supplies/Fees | WIX.COM 1093397391 SAN FRANCISCO CA |
| 01/05/2024 | -$39.00 | Helpcenter | 04 ZevBit Expense (To be paid back | HELPCENTER.IO BURGAS 02 |
| 01/05/2024 | -$12.56 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOP 6550 BOULDER CO |
| 01/05/2024 | -$57.28 | King Soopers | 08 Fuel | POS MAC KING SOOPERS # BOULDER CO |
| 01/05/2024 | -$23.88 | Netflix | 06 Entertainment | NETFLIX.COM LOS GATOS CA |
| 01/08/2024 | -$84.73 | Benihanas | 07 Meals/Beverages | BENIHANA BROOMFIELD BROOMFIELD CO |
| 01/08/2024 | -$37.69 | Bobs Diner | 07 Meals/Beverages | SQ *B.O.B S. DINER LOUISVILLE CO |
| 01/08/2024 | -$97.00 | Goat Gang | 04 ZevBit Expense (To be paid back | GG MONTHLY SARATOGA CA |
| 01/08/2024 | -$38.67 | Sanchos Authentic | 07 Meals/Beverages | POS MAC SANCHOS AUTHEN BOULDER CO |
| 01/08/2024 | -$58.52 | Shell | 08 Fuel | POS MAC SHELL SERVICE BOULDER CO |
| 01/08/2024 | -$25.00 | Town Of Erie | 10 Supplies/Fees | TOWN OF ERIE ERIE CO |
| 01/08/2024 | -$73.55 | Walmart | 05 Clothing/Personal Hygiene | POS MAC WAL-MART SUPER BROOMFIELD CO |
| 01/09/2024 | -$11.56 | Spotify | 06 Entertainment | SPOTIFY USA NEW YORK NY |
| 01/10/2024 | -$26.77 | Amazon | 10 Supplies/Fees | AMZN MKTP US*RT7FP55L0 AMZN.COM/BILL WA |
| 01/10/2024 | -$30.00 | Counseling | 17 Personal Development | COUNSELING* T67484 GREENWOOD VIL CO |
| 01/11/2024 | -$9.99 | Apple | 10 Supplies/Fees | APPLE.COM/BILL 866-712-7753 CA |
| 01/11/2024 | -$59.75 | Mac Boulder | 08 Fuel | POS MAC BOULDER 751 BOULDER CO |
| 01/11/2024 | -$18.56 | Panda Express | 07 Meals/Beverages | PANDA EXPRESS #1635 BOULDER CO |
| 01/12/2024 | -$17.99 | Fi Dog Collar | 15 Dog Expense | FI - @FI.DOGS NEW YORK NY |
| 01/12/2024 | -$17.99 | Fi Dog Collar | 15 Dog Expense | FI - @FI.DOGS NEW YORK NY |
| 01/12/2024 | -$12.99 | Ripple Froyo | 07 Meals/Beverages | RIPPLE FROZEN YOGURT BOULDER CO |
| 01/16/2024 | -$78.20 | Bounce Empire | 06 Entertainment | BOUNCE EMPIRE LAFAYETTE CO |
| 01/16/2024 | -$39.26 | Bounce Empire | 06 Entertainment | BOUNCE EMPIRE LAFAYETTE CO |
| 01/16/2024 | -$32.58 | Costco | 07 Meals/Beverages | POS MAC COSTCO WHSE #0 SUPERIOR CO |
| 01/16/2024 | -$30.63 | Doordash | 07 Meals/Beverages | DD DOORDASH SANCHOSAU 8559731040 CA |
| 01/16/2024 | -$17.99 | Fi Dog Collar | 15 Dog Expense | FI - @FI.DOGS NEW YORK NY |
| 01/16/2024 | -$25.05 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOPERS # LOUISVILLE CO |
| 01/16/2024 | -$19.11 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOPERS # LOUISVILLE CO |
| 01/16/2024 | -$226.25 | National Western Stocksho | 16 Gift To Family/Friend | NATIONAL WESTERN STOCK DENVER CO |
| 01/16/2024 | -$10.92 | Panda Express | 07 Meals/Beverages | PANDA EXPRESS #1635 BOULDER CO |
| 01/16/2024 | -$39.67 | Safeway | 08 Fuel | POS MAC SAFEWAY #1615 BOULDER CO |
| 01/16/2024 | -$25.68 | Sanchos Authentic | 07 Meals/Beverages | POS MAC SANCHOS AUTHEN BOULDER CO |
| 01/16/2024 | -$52.56 | SEI | 08 Fuel | POS MAC SEI 32673 LAFAYETTE CO |
| 01/16/2024 | -$24.90 | Snarfs | 07 Meals/Beverages | SNARFS GUNBARRELL LLC BOULDER CO |
| 01/16/2024 | -$7.76 | Starbucks | 07 Meals/Beverages | STARBUCKS STORE 47645 BROOMFIELD CO |
| 01/16/2024 | -$19.57 | Woof Gang | 15 Dog Expense | WOOF GANG BOULDER BOULDER CO |
| 01/17/2024 | -$30.00 | Counseling | 17 Personal Development | COUNSELING* T68974 GREENWOOD VIL CO |
| 01/17/2024 | -$12.56 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOP 6550 BOULDER CO |
| 01/17/2024 | -$18.10 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOPERS # BOULDER CO |
| 01/17/2024 | -$26.05 | TJ Maxx | 05 Clothing/Personal Hygiene | POS MAC TJ MAXX #803 SUPERIOR CO |
| 01/18/2024 | -$23.41 | Dutch Bros | 07 Meals/Beverages | DUTCH BROS CO0403 LONG LONGMONT CO |
| 01/18/2024 | -$49.47 | Shell | 08 Fuel | POS MAC SHELL SERVICE BOULDER CO |
| 01/18/2024 | -$1.52 | Shell | 07 Meals/Beverages | POS MAC SHELL SERVICE BOULDER CO |
| 01/19/2024 | -$60.00 | ATM Withdrawel | 05 Clothing/Personal Hygiene | ATM KEY 88 LAMAR ST BROOMFIELD CO |
| 01/19/2024 | -$19.60 | Chipotle | 07 Meals/Beverages | CHIPOTLE 0894 BOULDER CO |
| 01/19/2024 | -$13.19 | Ripple Froyo | 07 Meals/Beverages | RIPPLE FROZEN YOGURT BOULDER CO |
| 01/22/2024 | -$24.59 | Amazon | 10 Supplies/Fees | AMZN MKTP US*R00Y94JN0 SEATTLE WA |
| 01/22/2024 | -$7.99 | Apple | 10 Supplies/Fees | APPLE.COM/BILL 866-712-7753 CA |

| Date | Amount | Payee | Category | Description |
|---|---|---|---|---|
| 01/22/2024 | -$2.99 | Apple | 10 Supplies/Fees | APPLE.COM/BILL 866-712-7753 CA |
| 01/22/2024 | -$40.00 | ATM Withdrawel | 07 Meals/Beverages | ATM KEY 88 LAMAR ST BROOMFIELD CO |
| 01/22/2024 | -$0.87 | Foreign Transaction Fee | 10 Supplies/Fees | FOREIGN TRANSACTION FEE |
| 01/22/2024 | -$5.19 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOP 6550 BOULDER CO |
| 01/22/2024 | -$28.92 | King Soopers | 08 Fuel | POS MAC KING SOOPERS # BOULDER CO |
| 01/22/2024 | -$30.66 | Loco Hermanos | 07 Meals/Beverages | POS MAC LOCO HERMANOS LOUISVILLE CO |
| 01/22/2024 | -$15.00 | Loom | 04 ZevBit Expense (To be paid back) | LOOM SUBSCRIPTION SAN FRANCISCO CA |
| 01/22/2024 | -$12.56 | Panda Express | 07 Meals/Beverages | PANDA EXPRESS #1635 BOULDER CO |
| 01/22/2024 | -$56.31 | Shell | 08 Fuel | POS MAC SHELL SERVICE BOULDER CO |
| 01/22/2024 | -$18.81 | Snarfs | 07 Meals/Beverages | SNARFS SANDWICHES 21 BOULDER CO |
| 01/22/2024 | -$11.56 | Spotify | 06 Entertainment | SPOTIFY 8777781161 NY |
| 01/22/2024 | -$14.31 | Starbucks | 07 Meals/Beverages | STARBUCKS STORE 05587 LOUISVILLE CO |
| 01/22/2024 | -$29.00 | Vidyard | 04 ZevBit Expense (To be paid back) | VIDYARD KITCHENER ON |
| 01/23/2024 | -$0.99 | Apple | 10 Supplies/Fees | APPLE.COM/BILL 866-712-7753 CA |
| 01/23/2024 | -$20.85 | Raising Canes | 07 Meals/Beverages | RAISING CANES 0359 BROOMFIELD CO |
| 01/23/2024 | -$58.50 | Target | 05 Clothing/Personal Hygiene | POS MAC TARGET T-0064 BOULDER CO |
| 01/23/2024 | -$2.99 | Tile Inc | 10 Supplies/Fees | TILE, INC. SAN MATEO CA |
| 01/24/2024 | -$0.99 | Apple | 10 Supplies/Fees | APPLE.COM/BILL CUPERTINO CA |
| 01/24/2024 | -$20.00 | Counseling | 17 Personal Development | COUNSELING* T70535 GREENWOOD VIL CO |
| 01/24/2024 | -$9.78 | Dominos | 07 Meals/Beverages | DOMINO'S 6231 BOULDER CO |
| 01/24/2024 | -$13.54 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOP 6550 BOULDER CO |
| 01/24/2024 | -$9.91 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOPERS # BOULDER CO |
| 01/25/2024 | -$25.34 | Amazon | 10 Supplies/Fees | AMZN MKTP US*R85EN9IZ1 AMZN.COM/BILL WA |
| 01/25/2024 | -$17.98 | Crunch Fitness | 09 Health | ABC*4902-CRUNCH FITNES BOULDER CO |
| 01/25/2024 | -$16.80 | Dutch Bros | 07 Meals/Beverages | DUTCH BROS CO0403 LONG LONGMONT CO |
| 01/25/2024 | -$6.82 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOP 6550 BOULDER CO |
| 01/25/2024 | -$11.28 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOPERS # BOULDER CO |
| 01/26/2024 | -$0.99 | Apple | 10 Supplies/Fees | APPLE.COM/BILL CUPERTINO CA |
| 01/29/2024 | -$24.24 | Advance Auto Parts | 14 Car Repairs/Expenses | POS MAC ADVANCE AUTO P BOULDER CO |
| 01/29/2024 | -$198.59 | Costco | 07 Meals/Beverages | POS MAC COSTCO WHSE #0 SUPERIOR CO |
| 01/29/2024 | -$11.68 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOP 6550 BOULDER CO |
| 01/29/2024 | -$26.48 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOPERS # BOULDER CO |
| 01/29/2024 | -$11.30 | King Soopers | 07 Meals/Beverages | POS MAC KING SOOPERS # BOULDER CO |
| 01/29/2024 | -$13.04 | Panda Express | 07 Meals/Beverages | PANDA EXPRESS 1100 SUPERIOR CO |
| 01/29/2024 | -$15.35 | Parkway Cafe | 07 Meals/Beverages | THE PARKWAY CAFE BOULDER CO |
| 01/29/2024 | -$13.21 | Qdoba | 07 Meals/Beverages | QDOBA 2030 BOULDER CA |
| 01/29/2024 | -$18.81 | Snarfs | 07 Meals/Beverages | SNARFS SANDWICHES 21 BOULDER CO |
| 01/29/2024 | -$16.22 | Subway | 07 Meals/Beverages | SUBWAY 34537 BOULDER CO |
| 01/29/2024 | -$19.98 | Tractor Supply | 15 Dog Expense | POS MAC TRACTOR SUPPLY LAFAYEET CO |
| 01/29/2024 | -$11.00 | Tractor Supply | 15 Dog Expense | POS MAC TRACTOR SUPPLY LAFAYEET CO |
| 01/29/2024 | -$32.91 | Woof Gang | 15 Dog Expense | WOOF GANG BOULDER BOULDER CO |
| 01/30/2024 | -$80.00 | ATM Withdrawel | 10 Supplies/Fees | ATM KEY 1933 28TH ST BOULDER CO |
| 01/31/2024 | -$10.43 | Voodoo Dougnut | 07 Meals/Beverages | TST* VOODOO DOUGHNUT - BOULDER CO |
| 01/31/2024 | -$5.18 | Voodoo Dougnut | 07 Meals/Beverages | TST* VOODOO DOUGHNUT - BOULDER CO |

**Total:** -$3,232.05

# Shiloh Churchill
## Profit and Loss
## 1/1/24 - 1/31/24

| | |
|---|---|
| **Personal Income** | $3,145.50 |
| Transfer from MSL for materials | $0.00 |
| **Total Income** | **$3,145.50** |
| **Expenses** | |
| MSL Expense (To be paid back for) | $0.00 |
| ZevBit Expense (To be paid back) | -$277.00 |
| Clothing/Personal Hygiene | -$222.92 |
| Entertainment | -$164.46 |
| Food/Drinks | -$1,272.11 |
| Fuel | -$402.48 |
| Health | -$64.26 |
| Supplies/Fees | -$265.03 |
| Travel | $0.00 |
| Rent | $0.00 |
| Cash Withdrawn | $0.00 |
| Car Repairs/Expenses | -$94.51 |
| Dog Expense | -$137.43 |
| Gift To Family | -$226.25 |
| Personal Development | -$90.00 |
| **Total Expenses** | **-$3,216.45** |
| **Net Income** | **-$70.95** |

|  | October 2022 | November 2022 | December 2022 | January 2023 |
|---|---|---|---|---|
| 01 Personal Income | $2,024.99 | $10,047.90 | $6,000.00 | $0.00 |
| 02 Transfer from MSL for materials | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Income** | **$2,024.99** | **$10,047.90** | **$6,000.00** | **$0.00** |
| **Expenses** | | | | |
| 03 MSL Expense (To be paid back) | $0.00 | $0.00 | $0.00 | $0.00 |
| 04 ZevBit Expense (To be paid back) | $0.00 | $0.00 | $0.00 | $0.00 |
| 05 Clothing/Personal Hygiene | -$60.89 | $0.00 | $0.00 | -$336.49 |
| 06 Entertainment | -$379.56 | -$792.07 | -$129.76 | -$394.61 |
| 07 Meals/Beverages | -$650.98 | -$1,288.74 | -$519.97 | -$746.91 |
| 08 Fuel | -$11.36 | -$22.78 | $0.00 | -$130.37 |
| 09 Health | -$50.48 | -$121.19 | -$177.44 | -$274.59 |
| 10 Supplies/Fees | -$147.02 | -$554.19 | -$499.53 | -$180.93 |
| 11 Travel | -$25.92 | -$216.00 | -$187.86 | -$174.89 |
| 12 Rent | $0.00 | -$2,250.00 | -$2,250.00 | -$2,250.00 |
| 13 Cash Withdrawn | $0.00 | $0.00 | -$500.00 | $0.00 |
| 14 Car Repairs/Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 Dog Expense | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 Gift To Family/Friend | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 Personal Development | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Expenses** | **-$1,326.21** | **-$5,244.97** | **-$4,264.56** | **-$4,488.79** |
| **Net Income** | **$698.78** | **$4,802.93** | **$1,735.44** | **-$4,488.79** |

| February 2023 | March 2023 | April 2023 | May 2023 | June 2023 |
|---|---|---|---|---|
| $3,000.00 | $4,769.30 | $3,929.14 | $4,000.00 | $6,879.18 |
| $0.00 | $0.00 | $0.00 | $5,500.00 | $0.00 |
| $3,000.00 | $4,769.30 | $3,929.14 | $9,500.00 | $6,879.18 |
|  |  |  |  |  |
| $0.00 | $0.00 | $0.00 | -$3,045.75 | -$1,891.43 |
| $0.00 | $0.00 | $0.00 | -$48.98 | -$57.82 |
| -$87.47 | $0.00 | -$29.79 | -$143.60 | -$157.73 |
| -$278.73 | -$82.56 | -$219.31 | -$136.49 | -$481.41 |
| -$1,185.63 | -$1,314.78 | -$1,158.04 | -$1,010.96 | -$1,561.32 |
| -$477.20 | -$468.31 | -$224.84 | -$646.90 | -$749.76 |
| -$59.26 | -$59.26 | -$59.26 | -$153.26 | -$64.26 |
| -$876.71 | -$2,938.96 | -$1,024.61 | -$539.68 | -$233.12 |
| -$771.17 | -$78.51 | -$258.87 | -$144.96 | $0.00 |
| -$2,250.00 | $0.00 | $0.00 | -$2,250.00 | -$2,250.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | -$605.56 | -$39.00 |
| $0.00 | $0.00 | $0.00 | -$148.50 | -$967.45 |
| $0.00 | $0.00 | $0.00 | $0.00 | -$100.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | -$124.52 |
| -$5,986.17 | -$4,942.38 | -$2,974.72 | -$8,874.64 | -$8,677.82 |
| -$2,986.17 | -$173.08 | $954.42 | $625.36 | -$1,798.64 |

| July 2023 | August 2023 | September 2023 | October 2023 | November 2023 |
|---|---|---|---|---|
| $3,866.66 | $3,920.84 | $3,345.50 | $3,488.25 | $6,588.82 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **$3,866.66** | **$3,920.84** | **$3,345.50** | **$3,488.25** | **$6,588.82** |
| -$38.03 | -$343.30 | $136.30 | $0.00 | $0.00 |
| -$57.82 | -$231.35 | -$1,359.47 | -$1,030.72 | -$272.99 |
| -$129.65 | -$109.93 | -$113.27 | -$96.53 | -$114.42 |
| -$294.68 | -$104.34 | -$96.13 | -$90.08 | -$56.95 |
| -$1,388.03 | -$1,564.39 | -$747.48 | -$620.58 | -$1,060.92 |
| -$495.07 | -$632.10 | -$554.59 | -$212.73 | -$499.27 |
| -$114.25 | -$64.26 | -$64.26 | -$46.28 | -$104.24 |
| -$339.75 | -$242.27 | $17.81 | -$217.71 | -$926.04 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | -$168.00 | -$27.25 |
| -$165.38 | -$126.01 | $0.00 | $0.00 | -$27.25 |
| -$838.19 | -$190.99 | -$468.56 | -$117.93 | -$273.75 |
| -$68.98 | -$100.00 | -$34.60 | -$747.77 | -$56.40 |
| $0.00 | -$121.30 | -$90.00 | -$90.00 | -$227.00 |
| **-$3,929.83** | **-$3,830.24** | **-$3,374.25** | **-$3,438.33** | **-$3,646.48** |
| **-$63.17** | **$90.60** | **-$28.75** | **$49.92** | **$2,942.34** |

| December 2023 | January 2024 | Total For 2023 | Average Overall |
|---|---|---|---|
| $3,170.50 | $3,145.50 | $46,958.19 | $4,335.41 |
| $0.00 | $0.00 | $5,500.00 | $366.67 |
| $3,170.50 | $3,145.50 | $52,458.19 | $4,702.07 |
| | | | |
| $0.00 | $0.00 | -$5,182.21 | -$345.48 |
| -$180.00 | -$277.00 | -$3,239.15 | -$215.94 |
| -$168.44 | -$222.92 | -$1,487.32 | -$103.21 |
| -$47.00 | -$164.46 | -$2,282.29 | -$238.91 |
| -$973.84 | -$1,272.11 | -$13,332.88 | -$1,052.84 |
| -$495.85 | -$402.48 | -$5,586.99 | -$374.74 |
| -$64.26 | -$64.26 | -$1,127.44 | -$98.44 |
| -$2,052.53 | -$265.03 | -$9,554.50 | -$717.02 |
| $0.00 | $0.00 | -$1,428.40 | -$123.88 |
| $0.00 | $0.00 | -$9,000.00 | -$900.00 |
| -$103.50 | $0.00 | -$298.75 | -$53.25 |
| -$573.58 | -$94.51 | -$1,536.78 | -$102.45 |
| -$258.71 | -$137.43 | -$3,264.08 | -$217.61 |
| -$408.24 | -$226.25 | -$1,515.99 | -$101.07 |
| -$167.00 | -$90.00 | -$819.82 | -$54.65 |
| -$5,492.95 | -$3,216.45 | -$59,656.60 | -$4,699.49 |
| -$2,322.45 | -$70.95 | -$7,198.41 | $2.58 |

 KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0622 0000 R 58 AO
SHILOH CHURCHILL DEBTOR
CASE #14068
4467 CLAY ST
BOULDER CO 80301-3008

# Key Smart Checking®

Account number ending: 6539

December 27, 2023 to January 26, 2024

## Account Summary

| | |
|---|---|
| Beginning Balance on December 27, 2023 | $910.04 |
| Deposits (Money In) | |
| Deposits | $3,171.10 |
| Withdrawals (Money Out) | |
| Withdrawals | -$2,923.13 |
| **Ending Balance on January 26, 2024** | **$1,158.01** |

Make sure you read the **Account Updates** section on page 3 of this statement to find out important information about your account.

 **Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)
For clients using a TDD/TTY device, please call 1-800-539-8336

 **Your Branch:**
1933 28TH STREET
BOULDER CO 80301
720-406-6900

 **Sign On or Enroll in Online and Mobile Banking:**
key.com

 Key Smart Checking   |   Account number ending: 6539

## Deposits

| Date | Description | Amount |
|---|---|---|
| 01/03 | DIRECT DEPOSIT, PAYONEER 7362 EDI PAYMNT | $3,145.50 |
| 01/11 | AMZN MKTP US         SEATTLE      WA | $25.60 |
| **Total Deposits** | | **$3,171.10** |

## Withdrawals

| Date | Description | Amount |
|---|---|---|
| 12/28 | SNARFS GUNBARRELL LLC    BOULDER      CO | $26.21 |
| 12/28 | WOOF GANG BOULDER        BOULDER      CO | $88.55 |
| 12/29 | POS    MAC SHELL SERVICE    BOULDER  CO | $54.16 |
| 12/29 | POS    MAC KING SOOPERS #   BOULDER  CO | $30.58 |
| 01/02 | POS    MAC SANCHOS AUTHEN   BOULDER  CO | $33.86 |
| 01/02 | MOD WESTMINSTER B&M      WESTMINSTER  CO | $19.53 |
| 01/02 | ADVANCE AUTO PARTS #77   BROOMFIELD   CO | $70.27 |
| 01/02 | POS    MAC TARGET T-1928    WESTMINSTE CO | $4.82 |
| 01/02 | POS    MAC KING SOOPERS #   LOUISVILLE CO | $6.73 |
| 01/02 | POS    MAC COSTCO WHSE #0   SUPERIOR  CO | $63.59 |
| 01/02 | POS    MAC ROCKET 6529      SUPERIOR  CO | $3.04 |
| 01/02 | POS    MAC SEI 32673        LAFAYETTE CO | $7.05 |
| 01/02 | POS    MAC KING SOOP 6550   BOULDER   CO | $12.56 |
| 01/02 | CHIPOTLE 0894       BOULDER       CO | $9.55 |
| 01/02 | DOMINO'S 6247       BOULDER       CO | $11.98 |
| 01/02 | DOMINO'S 6247       BOULDER       CO | $3.26 |
| 01/03 | PELOTON* MEMBERSHIP     NEW YORK CITY NY | $46.28 |
| 01/03 | HIGHLEVEL * TRIAL OVER   DALLAS      TX | $97.00 |
| 01/03 | POS    MAC KING SOOP 6550   BOULDER   CO | $12.56 |
| 01/03 | POS    MAC KING SOOPERS #   BOULDER   CO | $19.71 |
| 01/04 | AMZN MKTP US*TK3AO84Q2   SEATTLE     WA | $25.88 |
| 01/04 | AMZN MKTP US*TK49Y8L62   AMZN.COM/BILL WA | $26.45 |
| 01/04 | WIX.COM 1093397391      SAN FRANCISCO CA | $28.80 |
| 01/04 | POS    MAC SAFEWAY #1615    BOULDER   CO | $16.60 |
| 01/04 | POS    MAC SHELL SERVICE    BOULDER   CO | $14.15 |
| 01/04 | POS    MAC SANCHOS AUTHEN   BOULDER   CO | $16.93 |
| 01/05 | NETFLIX.COM         LOS GATOS     CA | $23.88 |
| 01/05 | HELPCENTER.IO       BURGAS        02 | $39.00 |
| 01/05 | POS    MAC KING SOOP 6550   BOULDER   CO | $12.56 |
| 01/05 | POS    MAC KING SOOPERS #   BOULDER   CO | $57.28 |
| 01/08 | GG MONTHLY          SARATOGA      CA | $97.00 |
| 01/08 | POS    MAC SHELL SERVICE    BOULDER   CO | $58.52 |
| 01/08 | POS    MAC SANCHOS AUTHEN   BOULDER   CO | $38.67 |
| 01/08 | TOWN OF ERIE        ERIE          CO | $25.00 |
| 01/08 | POS    MAC WAL-MART SUPER   BROOMFIELD CO | $73.55 |
| 01/08 | SQ *B.O.B.S. DINER    LOUISVILLE   CO | $37.69 |
| 01/08 | BENIHANA BROOMFIELD     BROOMFIELD   CO | $84.73 |
| 01/09 | SPOTIFY USA         NEW YORK      NY | $11.56 |
| 01/10 | AMZN MKTP US*RT7FP55L0   AMZN.COM/BILL WA | $26.77 |
| 01/10 | COUNSELING* T67484      GREENWOOD VIL CO | $30.00 |
| 01/11 | APPLE.COM/BILL      866-712-7753 CA | $9.99 |
| 01/11 | PANDA EXPRESS #1635     BOULDER      CO | $18.56 |
| 01/11 | POS    MAC BOULDER 751      BOULDER   CO | $59.75 |
| 01/12 | FI - @FI.DOGS       NEW YORK      NY | $17.99 |
| 01/12 | FI - @FI.DOGS       NEW YORK      NY | $17.99 |
| 01/12 | RIPPLE FROZEN YOGURT    BOULDER      CO | $12.99 |
| 01/16 | DD DOORDASH SANCHOSAU    8559731040  CA | $30.63 |
| 01/16 | FI - @FI.DOGS       NEW YORK      NY | $17.99 |
| 01/16 | NATIONAL WESTERN STOCK   DENVER      CO | $226.25 |
| 01/16 | POS    MAC SANCHOS AUTHEN   BOULDER   CO | $25.68 |
| 01/16 | SNARFS GUNBARRELL LLC    BOULDER      CO | $24.90 |
| 01/16 | WOOF GANG BOULDER        BOULDER      CO | $19.57 |
| 01/16 | STARBUCKS STORE 47645    BROOMFIELD   CO | $7.76 |
| 01/16 | BOUNCE EMPIRE       LAFAYETTE     CO | $78.20 |
| 01/16 | BOUNCE EMPIRE       LAFAYETTE     CO | $39.26 |
| 01/16 | POS    MAC KING SOOPERS #   LOUISVILLE CO | $25.05 |
| 01/16 | POS    MAC SEI 32673        LAFAYETTE CO | $52.56 |



Key Smart Checking   |   Account number ending: 6539

## Withdrawals (continued)

| Date | Description | Amount |
|---|---|---|
| 01/16 | POS   MAC KING SOOPERS #   LOUISVILLE CO | $19.11 |
| 01/16 | POS   MAC SAFEWAY #1615   BOULDER  CO | $39.67 |
| 01/16 | PANDA EXPRESS #1635   BOULDER   CO | $10.92 |
| 01/16 | POS   MAC COSTCO WHSE #0   SUPERIOR  CO | $32.58 |
| 01/17 | COUNSELING* T68974   GREENWOOD VIL CO | $30.00 |
| 01/17 | POS   MAC TJ MAXX #803   SUPERIOR CO | $26.05 |
| 01/17 | POS   MAC KING SOOP 6550   BOULDER  CO | $12.56 |
| 01/17 | POS   MAC KING SOOPERS #   BOULDER  CO | $18.10 |
| 01/18 | DUTCH BROS CO0403 LONG   LONGMONT   CO | $23.41 |
| 01/18 | POS   MAC SHELL SERVICE   BOULDER  CO | $1.52 |
| 01/18 | POS   MAC SHELL SERVICE   BOULDER  CO | $49.47 |
| 01/19 | CHIPOTLE 0894   BOULDER   CO | $19.60 |
| 01/19 | RIPPLE FROZEN YOGURT   BOULDER   CO | $13.19 |
| 01/19 | ATM   KEY 88 LAMAR ST   BROOMFIELD CO | $60.00 |
| 01/22 | VIDYARD   KITCHENER   ON | $29.00 |
| 01/22 | FOREIGN TRANSACTION FEE | $0.87 |
| 01/22 | SNARFS SANDWICHES 21   BOULDER   CO | $18.81 |
| 01/22 | APPLE.COM/BILL   866-712-7753  CA | $2.99 |
| 01/22 | STARBUCKS STORE 05587   LOUISVILLE   CO | $14.31 |
| 01/22 | POS   MAC LOCO HERMANOS   LOUISVILLE CO | $30.66 |
| 01/22 | POS   MAC SHELL SERVICE   BOULDER  CO | $56.31 |
| 01/22 | AMZN MKTP US*R00Y94JN0   SEATTLE   WA | $24.59 |
| 01/22 | PANDA EXPRESS #1635   BOULDER   CO | $12.56 |
| 01/22 | APPLE.COM/BILL   866-712-7753  CA | $7.99 |
| 01/22 | POS   MAC KING SOOP 6550   BOULDER  CO | $5.19 |
| 01/22 | POS   MAC KING SOOPERS #   BOULDER  CO | $28.92 |
| 01/22 | LOOM SUBSCRIPTION   SAN FRANCISCO CA | $15.00 |
| 01/22 | SPOTIFY   8777781161   NY | $11.56 |
| 01/22 | ATM   KEY 88 LAMAR ST   BROOMFIELD CO | $40.00 |
| 01/23 | RAISING CANES 0359   BROOMFIELD   CO | $20.85 |
| 01/23 | APPLE.COM/BILL   866-712-7753  CA | $0.99 |
| 01/23 | TILE, INC.   SAN MATEO   CA | $2.99 |
| 01/23 | POS   MAC TARGET T-0064   BOULDER  CO | $58.50 |
| 01/24 | APPLE.COM/BILL   CUPERTINO   CA | $0.99 |
| 01/24 | DOMINO'S 6231   BOULDER   CO | $9.78 |
| 01/24 | COUNSELING* T70535   GREENWOOD VIL CO | $20.00 |
| 01/24 | POS   MAC KING SOOP 6550   BOULDER  CO | $13.54 |
| 01/24 | POS   MAC KING SOOPERS #   BOULDER  CO | $9.91 |
| 01/25 | ABC*4902-CRUNCH FITNES   BOULDER   CO | $17.98 |
| 01/25 | AMZN MKTP US*R85EN9IZ1   AMZN.COM/BILL WA | $25.34 |
| 01/25 | DUTCH BROS CO0403 LONG   LONGMONT   CO | $16.80 |
| 01/25 | POS   MAC KING SOOP 6550   BOULDER  CO | $6.82 |
| 01/25 | POS   MAC KING SOOPERS #   BOULDER  CC | $11.28 |
| 01/26 | APPLE.COM/BILL   CUPERTINO   CA | $0.99 |
| **Total Withdrawals** | | **-$2,923.13** |

## Account Updates

Read this section to discover any changes that may affect your account now, or in the future.
*Questions? Call the number on this statement, visit your local branch or contact your banker.*

 Key Smart Checking | Account number ending: 6539

# INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**

The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at *KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206* as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
For clients using a TDD/TTY device, please call 1-800-539-8336